FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D19-1678

_____

BRADFORD S. MATHENY,

   Petitioner,

v.

STATE OF FLORIDA,

   Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.

August 8, 2019

PER CURIAM.

   The petition for belated appeal is denied on the merits.

LEWIS, ROWE, and KELSEY, JJ., concur.

_____

   ***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Bradford S. Matheny, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.